AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

**SEALED**

United States of America
v.
Michael Patrick Burns
*Defendant*

Case No. 6:16CM60062-001

**FILED**
U.S. District Court
District of Kansas

MAR 1 7 2017

Clerk, U.S. District Court
By _____ Deputy Clerk

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Patrick Burns,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition and Order.

Defendant to show cause why Supervised Release should not be revoked.

UNITED STATES MARSHAL
RECEIVED
2017 MAR 16 PM 4: 24
WICHITA, KS

Date: 3/16/2017

s/ Sarah M. Zepick
*Issuing officer's signature*

City and state:   Wichita, Kansas

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 3/16/17, and the person was arrested on *(date)* 3/17/17
at *(city and state)* WICHITA, KS.

Date: 3/17/17

_____
*Arresting officer's signature*

BLAKE Leach  24SM
*Printed name and title*